AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Kabresha Glover,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Citywide Security & Private Investigation Inc., Terence Duncan and Krystal Rivera,<br><br>*Defendant(s)* | Civil Action No. 22cv6105 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Citywide Security & Private Investiation Inc.
1279 50th Street
Brooklyn, NY 11219

Terence Duncan
1279 50th Street
Brooklyn, NY 11219

Krystal Rivera
1279 50th Street
Brooklyn, NY 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Akin Law Group PLLC
45 Broadway, Suite 1420
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/12/2022      /s/Priscilla Bowens
                                                          *Signature of Clerk or Deputy Clerk*